IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERTO CARRASCO-SALAZAR,

                Petitioner,

v.

R. WERLINGER

                Respondent.

ORDER

11-cv-744-wmc

---

In an order entered on November 23, 2011, I denied petitioner Roberto Carrasco-Salazar's request to proceed *in forma pauperis* and gave him until December 16, 2011 to submit the $5.00 filing fee. Now petitioner has filed a motion for an extension of time to submit the filing fee because he will not receive his institution pay until December 10, 2011 and will need time for the disbursement to be processed and sent to the court. I will grant petitioner's request and extend the deadline for him to make his payment to January 10, 2012.

ORDER

IT IS ORDERED that petitioner Robert Carrasco-Salazar's motion for an extension of time to pay the $5.00 filing fee, dkt #9, is GRANTED. Petitioner may have until January 10, 2012, to submit a check or money order made payable to the clerk of court in the amount of $5.00.

Entered this 5th day of December, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge