IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERTO CARRASCO-SALAZAR,

    Petitioner,

v.

R. WERLINGER, WARDEN,
FCI-OXFORD,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-744-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Roberto Carrasco-Salazar for a writ of habeas corpus under 28 U.S.C. § 2241 because petitioner does not fit within the savings clause found in 28 U.S.C. § 2255(e).

_/s/ Peter Oppeneer_
Peter Oppeneer, Clerk of Court

OCT 26 2012
Date